**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Samuel Espinoza Rodriguez v. The State of Texas

Appellate case number:   01-13-00447-CR
01-13-00448-CR

Trial court case number: 1356098
1356099

Trial court:             182nd District Court of Harris County

This appeal was previously abated for a determination of counsel for appellant following a request to pursue the appeal pro se. We are in receipt of an abatement clerk's record and reporter's record indicating the trial court has found, after proper admonitions, it is in the best interest of appellant to proceed pro-se and that his counsel, Ted Doebbler, has been allowed to withdraw.

This appeal is reinstated, and appellant's brief is due within 30 days of the date of this notice. *See* TEX. R. APP. P. 38.6.

It is so ORDERED.


Judge's signature:/s/ <u>Justice Rebeca Huddle</u>
                          X  Acting individually     ☐  Acting for the Court


Date:  April 17, 2014